**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **BRIAN WRIGHT,** | ) | NO. CV 15-4497-ODW (KS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **WARDEN,** | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 29, 2016              _____
                                                                  OTIS D. WRIGHT
                                                                  UNITED STATES DISTRICT JUDGE